**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 26, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00635-CV

---

### JAMES E. ELBAOR, Appellant

### V.

### RAVI MOPARTY, ET AL, AND FADI GHANEM, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-15978**

---

## M E M O R A N D U M   O P I N I O N

The trial court's judgment was signed July 3, 2017. James E. Elbaor filed a notice of appeal on August 1, 2017. Fadi Ghanem filed a notice of appeal on August 17, 2017.

On September 5, 2017, Elbaor filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is **GRANTED**.

To date, our records show that Ghanem has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207 (West 2013). On September 21, 2017, this court ordered Ghanem to pay the appellate filing fee on or before October 2, 2017, or the appeal would be dismissed. Ghanem has not paid the appellate filing fee.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.1(a)(1) (governing dismissal on appellant's motion); Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Jamison, Busby, and Donovan